# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JOPHIEL ISHMERAI MURDOCK-HANCOCK, | : | Case No. 1:26-cv-592 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| vs. | : | |
| | : | |
| UNITED STATES POSTAL SERVICE, et al., | : | |
| | : | |
| Defendants. | : | |

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 6)**

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 6), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against Defendants Keyes and Cheyne. The Court further certifies that an appeal of this Order will not be taken in good faith and **DENIES** Plaintiff leave to appeal in forma pauperis.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____

JUDGE MATTHEW W. McFARLAND